# Exhibit 1

Aaron K. Johnstun, UBN 13070
JOHNSTUN LAW, LLC
1443 South 550 East
Orem, Utah 84058
Office: (888) 860-0870
Fax: (801) 471-2793
aaron@johnstunlaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NLABS S.A. de C.V., a company formed under the laws of Mexico; and David Bird, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FreeLife International, Inc., a corporation registered and doing business in Arizona,<br><br>Defendant. | PROOF OF SERVICE<br><br>Case No. CV-12-02081-PHX-GMS<br><br>Judge G. Murray Snow |

Plaintiffs through undersigned counsel and pursuant to Fed. R. Civ. P. 4(l)(1) submit this Proof of Service for the following defendants: **FreeLife International, Inc.** Defendant received service of a summons and copy of Plaintiffs' complaint upon Defendant individually or an officer, manager, or registered agent for Defendant by personal service on November 5, 2012. (Ex. A; Constable's Aff. of Serv.)

Respectfully submitted this ___26th___ day of November, 2012.

JOHNSTUN LAW, LLC

/s/ Aaron K. Johnstun
Aaron K. Johnstun
Attorney for Plaintiffs

- 1 -

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing PROOF OF SERVICE was filed via ECF and was therefore served on all registered filers.

SUBMITTED this __26th__ day of November, 2012.

/s/ Aaron K. Johnstun

- 2 -




# Constable Doug Clark
## DOWNTOWN JUSTICE COURT
620 W. Jackson Street
Phoenix, AZ 85003

## Certificate of Service

Court: UNITED STATES DISTRICT    Case Number: 2:12-CV-02081-GMS

Plaintiff: NLABS S.A. de CV AUD    Defendant: FREELIFE INTERNATIONAL INC
DAVID BIRD

_X_ Summons & Complaint    ___ Subpoena

___ Order of Protection.    ___ Injunction Prohibiting Harassment

Other: _____

State of Arizona
County of Maricopa.

Date Received: 11-1-12

Date Served: 11-5-12    Time Served: _____
Person Served: "LINDA DIRECTOR OF HR" FREELIFE INTERNATIONAL INC
By Service On: _____
Location of Service: 4950 South 48 ST PHX AZ 85040

I declare under the penalty of perjury that the forgoing is true and correct.

Officer Serving Process: DOUG CLARK C2525

Date: 11-5-12

FAX TO 801-471-2793

# Exhibit 2

1  Kent Brockelman (Arizona Bar No. 009627)
2  Scott M. Bennett (Arizona Bar No. 022350)
   Coppersmith Schermer & Brockelman PLC
3  2800 North Central Avenue, Suite 1200
   Phoenix, Arizona 85004-1009
4  (602) 224-0999
5  kbrockelman@csblaw.com
   sbennett@csblaw.com
6
7  *Attorneys for Defendant*

8                    UNITED STATES DISTRICT COURT
9                          DISTRICT OF ARIZONA
10

11 
12 NLABS S.A. de C.V., a company formed     )
   under the laws of Mexico; and David Bird, an ) No. CV12-02081-PHX-GMS
13 individual,                              )
                                            )  **DECLARATION OF LINDA CUADROS**
14              Plaintiffs,                 )
                                            )
15 vs.                                      )
                                            )
16                                          )
   FreeLife International, Inc., a corporation )
17 registered and doing business in Arizona, )
                                            )
18              Defendant.                  )

19   1. My name is Linda Cuadros.
20   2. I am the director of human resources for FreeLife International, Inc.
21   3. My job responsibilities include managing and administering employee benefit programs,
22 including group health insurance, life, medical, dental, vision, short-term and long-term
23 disability benefits, leave of absences, flexible spending accounts, workers' compensation, and
24 the 401k plan. I also support all human-resources functions including employee relations,
25 recruiting, compensation, and training.
26   4. I report to the chief financial officer for FreeLife, Kevin Murphy.
27   5. I am not a partner, officer, managing agent, or general agent for FreeLife.
28

{00077244.1}

6. I do not hold general management powers at FreeLife.

7. FreeLife has never appointed me to receive service of process on behalf of the corporation.

8. I am not authorized by law to receive service of process on behalf of FreeLife.

9. On November 5, 2012, the receptionist for FreeLife called me on the phone, and said that someone had come to the offices to serve an employee. In keeping with my normal practice, I went to the reception area to see which employee the person wanted to serve. When I arrived, I asked the gentlemen who he wanted to serve. He handed me a package that contained a complaint and summons, and said that FreeLife had been served. He then asked for my business card, but I told him I did not have one with me. He asked for my name and title, and I provided them. The man then turned around and walked out of the offices.

10. I did not tell the process server that I was authorized to accept service on behalf of FreeLife.

11. I certify under penalty of perjury that the foregoing is true and correct.

Executed on 12/4/12
Date

_/s/ Linda Cuadros_
Linda Cuadros

# Exhibit 3

Arizona Corporation Commission
State of Arizona Public Access System

12/04/2012                                                                          10:27 AM

## Jump To...

Annual Reports    Scanned Documents    Microfilm

E-FILE An Annual Report Online  << Click Here

FORMS For Annual Reports To Be Printed And Mailed  << Click Here

### Corporate Inquiry

| File Number: F-1344589-2 | Check Corporate Status |
|---|---|
| Corp. Name: FREELIFE INTERNATIONAL, INC. | |

### Domestic Address

4950 S. 48TH STREET

PHOENIX, AZ  85040

### Foreign Address

333 QUARRY RD

MILFORD, CT  06460

### Statutory Agent Information

Agent Name:  CT CORPORATION SYSTEM

Agent Mailing/Physical Address:

2394 E CAMELBACK RD

PHOENIX, AZ  85016

Agent Status: APPOINTED 10/21/2011

Agent Last Updated: 04/11/2012

### Additional Corporate Information

| Corporation Type: BUSINESS | Business Type: WHOLESALE CONSUMER PRODUCTS |
|---|---|
| Incorporation Date: 02/13/2007 | Corporate Life Period: PERPETUAL |
| Domicile: CONNECTICUT | County: MARICOPA |

Ariz. Corp. Comm. -- Corporations Division                                              Page 2 of 3

Case 2:12-cv-02081-GMS   Document 13-1   Filed 12/04/12   Page 10 of 11

| Approval Date: 02/20/2007 | Original Publish Date: 03/05/2007 |

## Officer Information

| RAYMOND J FALTINSKY<br>CHIEF EXECUTIVE OFFICER<br>4950 S 48TH STREET<br>PHOENIX,AZ   85040<br>Date of Taking Office: 02/13/2007<br>Last Updated: 06/20/2012 | KEVIN F FOURNIER<br>PRESIDENT<br>4950 S 48TH STREET<br>PHOENIX,AZ   85040<br>Date of Taking Office: 02/13/2007<br>Last Updated: 06/20/2012 |

## Director Information

| RAYMOND J FALTINSKY<br>DIRECTOR<br>4950 S 48TH STREET<br>PHOENIX,AZ   85040<br>Date of Taking Office: 02/13/2007<br>Last Updated: 06/20/2012 | KEVIN F FOURNIER<br>DIRECTOR<br>4950 S 48TH STREET<br>PHOENIX,AZ   85040<br>Date of Taking Office: 02/13/2007<br>Last Updated: 06/20/2012 |

## Annual Reports

| Next Annual Report Due: 02/13/2013 | E-FILE An Annual Report Online  << Click Here |
| --- | --- |
| | FORMS For Annual Reports To Be Printed And Mailed  << Click Here |

| File Year | File Month | Date Received | Reason Returned | Date Returned | Extension |
| --- | --- | --- | --- | --- | --- |
| 2012 | 02 | 05/15/2012 | | | |
| 2011 | 02 | 05/04/2011 | | | |
| 2010 | 02 | 02/16/2010 | | | |
| 2009 | 02 | 02/13/2009 | | | |
| 2008 | 02 | 02/13/2008 | | | |

Back To Top

## Scanned Documents

(Click on gray button to view document - will open in a new window)

| Document Number | Description | Date Received |
| --- | --- | --- |
| 01880297 | APPLICATION FOR AUTHORITY | 02/13/2007 |
| 01904141 | PUB OF APPL FOR AUTHORITY | 03/05/2007 |

Ariz. Corp. Comm. -- Corporations Division　　　　　　　　　　　　　　　　　Page 3 of 3

Case 2:12-cv-02081-GMS   Document 13-1   Filed 12/04/12   Page 11 of 11

| 02306728 | 08 ANNUAL REPORT | 02/13/2008 |
| 02696891 | 09 ANNUAL REPORT | 02/13/2009 |
| 03047687 | 10 ANNUAL REPORT | 02/16/2010 |
| 03480754 | 11 ANNUAL REPORT | 05/04/2011 |
| 03644856 | AGENT APPOINTMENT | 10/21/2011 |
| 03803110 | GLOBAL AGENT ADDRESS CHANGE | 03/06/2012 |
| 03813993 | AGENT APPOINTMENT | 03/14/2012 |
| 03900417 | 12 ANNUAL REPORT | 05/15/2012 |

Back To Top

## Microfilm

| Location | Date Received | Description |
|---|---|---|
| 32020000820 | 02/13/2007 | APPLICATION FOR AUTHORITY |
| 32030002415 | 03/05/2007 | PUB OF APPL FOR AUTHORITY |
| 32112003086 | 02/13/2008 | 08 ANNUAL REPORT |

Back To Top

- **Corporate Name Search Instructions**
- **General Web Site Usage Instructions**
- **STARPAS Main Menu**
- **A.C.C. Corporations Division Main Page**
- **Arizona Corporation Commission Home Page**